# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA (ISN 1463), <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-CV-1048 (RCL)

## [PROPOSED] ORDER

Before the Court is Respondents' Unopposed Motion for Extension of Time for Filing the Final *Ex Parte* Motion for Exception from Disclosure and for Filing the Post-Hearing Briefs.

Upon consideration of Respondents' Motion, it is hereby ORDERED that Respondents' Motion is GRANTED. Respondents shall file their final *ex parte* motion for exception from disclosure by no later than December 19, 2017, and the parties shall file their post-hearing briefs by no later than January 11, 2018.

It is so ORDERED this 30th day of Nov, 2017.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE